IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CN-124-BO

UNITED STATES OF AMERICA &
STATE OF NORTH CAROLINA, ex rel.
VIRGINIA HAMILTON &, LAURA
THOMAS,

        Plaintiffs,

v.

DR. JOHN SUNGHOON WON & JOHN
S. WON, D.D.S., M.D., P.A. D/B/A
PRESTON ORAL & MAXILLOFACIAL
SURGERY, & JOHN DOES 1-99

        Defendants.

**ORDER**

    This matter came before the Court on Relator Lauren Hamilton's Motion to Seal these proceedings pursuant to 31 U.S.C. § 3730(b)(2) & N.C. Gen. Stat. § 1-608(b)(2). The Court is of the opinion that pursuant to the laws of the United States and the State of North Carolina it is appropriate to place this proceeding under seal until at least 120 days after the United States and State of North Carolina receive a copy of the Complaint.

    Therefore, it is ORDERED that this matter will be placed under seal for 120 days after the United States and State of North Carolina receive a copy of the Complaint and a written disclosure of substantially all material evidence and information that the Relators possess.

    Once service is completed, Relators shall file an affidavit or declaration reflecting the date of service upon the United States and the State of North Carolina.

Dated: _3-13-14_

_____
United States District Judge