THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CV-124 BO

| | |
|---|---|
| UNITED STATES OF AMERICA & STATE OF NORTH CAROLINA, ex rel. VIRGINIA HAMILTON & LAURA THOMAS, <br><br> Plaintiffs, <br><br> v. <br><br> DR. JOHN SUNGHOON WON & JON S. WON, D.D.S., M.D., P.A. D/B/A PRESTON ORAL & MAXILLOFACIAL SURGERY & JOHN DOES 1-99, <br><br> Defendants. | **ORDER** <br> (UNDER SEAL) |

**THIS MATTER** is before the Court on the United States of America's "First *Ex Parte* Motion to Extend Time Within Which to Intervene or File Other Responsive Pleading and to Maintain Seal Over *Qui Tam* Complaint" filed March 6, 2014. For the reasons set forth in support thereof, the Motion will be granted. The United States of America and the other parties shall have up to and including November 3, 2014, in which to intervene or file other responsive pleading. This case shall remain under seal during this period, and until further Order from this Court.

**SO ORDERED,** this the ___1___ day of __May__, 2014.

_____
TERRENCE W. BOYLE
United States District Judge