IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CV-124 BO

| | |
|---|---|
| UNITED STATES OF AMERICA & STATE OF NORTH CAROLINA, ex rel. VIRGINIA HAMILTON & LAURA THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>DR. JOHN SUNGHOON WON & JON S. WON, D.D.S., M.D., P.A. D/B/A PRESTON ORAL & MAXILLOFACIAL SURGERY & JOHN DOES 1-99,<br><br>Defendants. | **ORDER**<br>(UNDER SEAL) |

Upon consideration of the Motion for Partial Lifting of the Seal on the Qui Tam Complaint by the United States of America and the State of North Carolina ("the Government"), and for good cause shown

IT IS HEREBY ORDERED that the seal of this qui tam is partially lifted so that the Government may disclose this action to the Defendants and their attorneys, and, in its discretion, provide a copy of the qui tam complaint to the Defendants and their attorneys;

IT IS FURTHER ORDERED that in all other respects, this matter shall remain under seal, and no other filings in this matter shall be made available to the Defendants or the public unless so ordered by this Court. In addition, all documents, including the related motion and this order, shall remain under seal except for copies provided to the Office of the United States Attorney for the Eastern District of North Carolina, counsel for the State of North Carolina and counsel for Relators.

SO ORDERED, this the 2 day of September, 2014.

*Terrence Boyle*
UNITED STATES DISTRICT JUDGE