IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-124-BO

| | |
|---|---|
| UNITED STATES OF AMERICA & STATE OF NORTH CAROLINA, ex rel., VIRGINIA HAMILTON & LAURA THOMAS,<br>    Plaintiffs,<br><br>v.<br><br>DR. JOHN SUNGHOON WON & JON S. WON, D.D.S., M.D., P.A. D/B/A PRESTON ORAL & MAXILLOFACIAL SURGERY & JOHN DOES 1-99,<br>    Defendants. | ORDER |

This matter comes before the Court upon stipulation of voluntary dismissal with prejudice from all parties. [DE 29]. Pursuant to that filing:

1) The clerk is instructed to unseal the case, except motions for extension of time.

2) Should Relator Hamilton still wish to maintain a cause of action based on Count Five, an amended complaint must be filed by October 14, 2015.

3) Defendant(s) named in Relator Hamilton's amended complaint shall have until October 28, 2015 to respond to the amended complaint.

SO ORDERED, this __22__ day of September, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE