IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-124-BO

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF NORTH CAROLINA, ex rel. VIRGINIA HAMILTON and LAURA THOMAS,<br>Plaintiffs,<br><br>v.<br><br>DR. JOHN SUNGHOON WON, et al.,<br>Defendants. | **ORDER** |

In light of the settlements presented in open court on December 10, 2015, all claims and issues in this case have been settled by the parties and the only remaining issues relate to payment of the agreed-upon settlements. Accordingly, relator Hamilton's pending motion for attorneys' fees [33] is DENIED AS MOOT. As there are no remaining issues of merit before the Court and the case has settled, the Clerk of Court is DIRECTED to close the case, subject to reopening in the event of noncompliance with the agreed-upon settlements.

SO ORDERED, this _11_ day of December, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE