UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-124(BO)

| | |
|---|---|
| UNITED STATES OF AMERICA and, | ) |
| STATE OF NORTH CAROLINA, et al., | ) |
| ex rel. VIRGINIA HAMILTON and | ) |
| LAURA THOMAS, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DR. JOHN SUNGHOON WON, et al., | ) |
| Defendant. | ) |

## SUBSTITUTION OF COUNSEL

Plaintiff, by and through the United States Attorney for the Eastern District of North Carolina, requests that Asia J. Prince be substituted for counsel for the Plaintiff and that G. Norman Acker, III be terminated from the Court's docket as counsel for the Plaintiff. The undersigned is aware of and will comply with all pending deadlines in the above-captioned case, including proceeding with any scheduled trial or hearings.

Copies of all correspondence and pleadings should be mailed to the undersigned at the address below or by electronic filing notification.

Respectfully submitted this 25th day of February, 2019.

>ROBERT J. HIGDON, JR.
>United States Attorney
>
>
>/s/ Asia J. Prince
>ASIA J. PRINCE
>Attorney for Plaintiff
>Assistant United States Attorney
>310 New Bern Avenue, Suite 800
>Raleigh, NC 27601-1461
>Telephone: (919) 856-4530
>Email: Asia.Prince@usdoj.gov
>N.C. Bar #48019

CERTIFICATE OF SERVICE

I do hereby certify that I have this 25th day of February, 2019, served a copy of the foregoing Notice upon the below-listed parties by electronically filing the foregoing with the Court on this date using the CM/ECF system or by placing a copy in the U.S. Mail to the following.

**Served by CM/ECF**:

Betsy Cook Lanzen
Robert T. Numbers, II
Sandra L.W. Miller
Attorney for Virginia Hamilton

Michael M. Berger
Attorney for State of North Carolina

Robert E. Fields, III
Samuel Pinero, II
Attorney for Laura Thomas

William E. Brewer
Attorney for Defendants

                                                    By: /s/ Asia J. Prince
ASIA J. PRINCE
Attorney for Plaintiff
Assistant United States Attorney
310 New Bern Avenue
Suite 800 Federal Building
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: Asia.Prince@usdoj.gov
N.C. Bar #48019