UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CV-124-BO

| | |
|---|---|
| UNITED STATES OF AMERICA & STATE OF NORTH CAROLINA, et al., ex rel. VIRGINIA HAMILTON & LAURA THOMAS, <br><br>  Plaintiff, <br><br> v. <br><br> DR. JOHN SUNGHOON WON, et al., <br><br>  Defendants. | ORDER |

For good cause having been shown upon the motion of the United States, it is hereby Order that this case is REOPENED. It is further ORDERED that plaintiff recover from defendants the principal sum, plus interest as of February 20, 2019, in the amount of $354,490.06, plus annual interest thereon at the rate of 2.75%, up through the date of entry of judgment, plus court costs. This order shall bear interest after entry at the rate, under the terms set forth within the Settlement Agreement of 12.5% per annum from the date of default

The Clerk of the United States District Court is DIRECTED to prepare and enter judgment in this case as Ordered above.

SO ORDERED, this 12 day of March, 2019.

_Terrence Boyle_
TERRENCE W. BOYLE
Chief United States District Judge