UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA & STATE OF NORTH CAROLINA ex rel. VIRGINIA HAMILTON & LAURA THOMAS, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| DR. JOHN SUNGHOON WON, JOHN S. WON, D.D.S., M.D., P.A., d/b/a Preston Oral & Maxillofacial Surgery, | ) ) ) ) ) | 5:14-CV-124-BO |
| Defendants. | ) ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff recover from defendants the principal sum, plus interest as of February 20, 2019, in the amount of $354,490.06, plus annual interest thereon at the rate of 2.75%, up through the date of entry of judgment, plus court costs. This order shall bear interest after entry at the rate, under the terms set forth within the Settlement Agreement of 12.5% per annum from the date of default.

**This judgment filed and entered on March 13, 2019, and served on:**
Betsy Cook Lanzen (via CM/ECF Notice of Electronic Filing)
G. Norman Acker, III (via CM/ECF Notice of Electronic Filing)
Michael M. Berger (via CM/ECF Notice of Electronic Filing)
Robert E. Fields, III (via CM/ECF Notice of Electronic Filing)
Samuel Pinero, II (via CM/ECF Notice of Electronic Filing)
Asia J. Prince (via CM/ECF Notice of Electronic Filing)

March 13, 2019

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk